**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **LYONS TRADING, LLC,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:07-mc-13** |
| | ) | **(Phillips)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Department of the Treasury,** | ) | |
| **Internal Revenue Service,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**JUDGMENT ON DECISION BY THE COURT**

The case came before the court on Lyons Trading, LLC's petition to quash summons, respondent's motion to deny petition to quash and for enforcement of summons, petitioner's motion to stay proceedings pending transfer decision by judicial panel on multidistrict litigation, and respondent's motion for a protective order. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on these matters,

**IT IS ORDERED AND ADJUDGED** that the motion to stay [Doc. 15] is **DENIED** as **MOOT**. The petition to quash summons [Doc. 1] is **DENIED** and the motion to deny petition to quash and for enforcement of summons [Doc. 14] is **GRANTED**, whereby the motion for a protective order [Doc. 30] is **DENIED** as **MOOT**. Petitioner is ordered to comply with the summons as detailed therein and cease all attempts at discovery.

**IT IS SO ORDERED**.

**ENTER:**

 s/ Patricia L. McNutt
Clerk of Court